1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   KAITLYN M. BURKE, ESQ., Bar # 13454
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:      702.862.8811
5  Email:        wkrincek@littler.com
   Email:        kmburke@littler.com
6
   Attorneys for Defendant
7  THE PRIMADONNA COMPANY, LLC

8
                   UNITED STATES DISTRICT COURT
9
                        DISTRICT OF NEVADA
10

11
   SUSAN D. MAUNDER, an individual,
12
                Plaintiff,                    Case No. 2:15-cv-00918-RFB-GWF
13
   vs.                                        **STIPULATION AND ORDER FOR**
14                                            **DISMISSAL**
   THE PRIMADONNA COMPANY, LLC
15 a/k/a and d/b/a PRIMM VALLEY
   RESORTS; EMPLOYEE(S) / AGENT(S)
16 DOES 1-10; and ROE CORPORATIONS
   11-20, inclusive,
17
                Defendants.
18

19
        Plaintiff, SUSAN D. MAUNDER, and Defendant, THE PRIMADONNA COMPANY, LLC,
20
   by and through their respective counsel of record, hereby stipulate and respectfully request an order
21
   dismissing the entire action with prejudice.
22
        / / /
23
        / / /
24
        / / /
25
        / / /
26
        / / /
27
        / / /
28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  Each party shall bear its own costs and attorney's fees.

2

3  Dated: August 11, 2015                    Dated: August 11, 2015

4  Respectfully submitted,                   Respectfully submitted,

5

6  /s/ Christian Gabroy, Esq.                /s/ Kaitlyn M. Burke, Esq.

7  CHRISTIAN GABROY, ESQ.                    WENDY M. KRINCEK, ESQ.
   GABROY LAW OFFICES                        KAITLYN M. BURKE, ESQ.
                                             LITTLER MENDELSON, P.C.
8  Attorney for Plaintiff
   SUSAN D. MAUNDER                          Attorneys for Defendant
9                                            THE PRIMADONNA COMPANY, LLC

10

11

12 **IT IS SO ORDERED.**

13 DATED: This 27th day of August, 2015.

14

15  _____
    RICHARD F. BOULWARE, II
16  UNITED STATES DISTRICT JUDGE

17  Firmwide:135027260.1 058279.1014

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.